UNITED STATES DISTRICT COURT
RHODE ISLAND ONE EXCHANGE TERACE
PROVIDENCE, RI 02903

UNITED STATES )
plainhff

)

v. ) CASE # 01-0129-ML

Pedro Anglon )
Defender
)

MOTION FOR APPOINTMENT OF COUNSEL.

Defendant respecfully Moves for the Court to Appoint a Public Defendert to Assist defendant in this request for sentence reduction Pursuant 18 U.S.C. & 3582 (c) (2)

For violation of 21 U.S.C. & 841 and & 846 and sentence reduction.

Respecfully submitted

Pedro Anglon

PEDRO ANGLON B.O.P. # 05149-070
Giles W. Dalby Correctional Facility
805 N. Avenue F
Post, Texas 79356