UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR01-00129 ML |
| | ) | |
| PEDRO ANGLON | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Pedro Anglon, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Mr. Anglon submits the attached memorandum of law in support of this motion.

Respectfully submitted
Pedro Anglon
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on June 5, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR01-0129 ML |
| | ) | |
| PEDRO ANGLON | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Mr. Anglon has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Mr. Anglon pled guilty to trafficking ecstasy on May 15, 2002. On September 5, 2002, the Court sentenced Mr. Anglon to 135 months in prison; the low end of his ultimately determined guideline range.[1]

According to the Bureau of Prisons, Mr. Anglon is presently scheduled for release in November, 2011. Applying the 2 point decrease in offense level to Mr. Anglon's situation results in a 27 month drop in the low end of his guideline range to 108 months. Mr. Anglon requests the Court reduce his sentence accordingly.

Mr. Anglon is eligible for this reduction and the Court should grant this motion.

[1] Although charged with distribution of ecstasy, Mr. Anglon's offense level under the guidelines was determined predominately by seized cocaine base which was treated as relevant conduct for him.

Respectfully submitted
Pedro Anglon
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on June 5, 2008.

/s/ Kevin J. Fitzgerald